UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Ludmyla Skorychenko,
    Plaintiff,
v.
Ernest Tompkins
    Defendant

Case No. 10 C 187

DOC NO
REC'D/FILED
2010 APR -6 AM 9: 12
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## COMPLAINT

### A. JURISDICTION

1. Plaintiff, Ludmyla Skorychenko (herein "I"), resides at 500 Grand Ave., Apt 1012, Wausau, WI 54403.

2. Defendant, Ernest F. Tompkins is employed and resides at 2381 United Road, Abbotsford, WI 54405.

### B. CAUSE OF ACTION

1. On September 28, 2009, this court granted me motion for summary judgment, finding "that there were no genuine issues of material fact that would prevent plaintiff from enforcing the provisions of an I-864 affidavit of support in which defendant Ernest Tompkins agreed to maintain plaintiff at an income of at least 125 percent of the federal poverty guidelines" [Ex.1].

2. Defendant ignored September 28, 2009 summary judgment order and is continuing to violate his obligations under the affidavit of support (Immigration and Naturalization Act, 8 U.S.C. 1183a).

3. The amount of money defendant owes me from September 28, 2009 to present is $6,768 that defendant owes me for unpaid support obligations between the date of September 28, 2009 and the date of this Complaint ( April 1, 2010).

4. I am enrolled in the Senior Community Service Employment Program.

5. I have not been working since October 16, 2009 to the present and I did not have any income for this time. [Ex.2-4].

6. I receive $200 per month in FoodShare benefits from Marathon County, Wisconsin Social Services [Ex.5].

C. REQUEST FOR RELIEF

1. I do request that I be allowed to commence this action without prepayment of fees and costs, or security therefore, pursuant to 28 U.S.C. 1915. The attached affidavit of indigency has been completed and is submitted in support of this request for leave to proceed in forma pauperis.

2. I ask to enter into judgment against defendant in the amount of $6,768.

Dated this ___1___ day of __April__, 2010

*Ludmyla Skorychenko*

Ludmyla Skorychenko, Pro Se
2517 N. 76th Ave.,
Wausau WI 54401

2