IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LUDMYLA SKORYCHENKO
CARLBORG,

       Plaintiff,

v.

ERNEST TOMPKINS,

       Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-187-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that plaintiff Ludmyla Skorychenko Carlborg's motion for summary judgment is granted and judgment is entered against defendant Ernest Tompkins in the amount of $6320.96.

_____       11-5-2010
Peter Oppeneer, Clerk of Court                             Date