IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUDMYLA SKORYCHENKO
CARLBORG,

    Plaintiff,

v.

ERNEST TOMPKINS,

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

10-cv-187-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that plaintiff Ludmyla Skorychenko Carlborg's motion for summary judgment is granted and judgment is entered against defendant Ernest Tompkins in the amount of $6,320.96.

Approved as to form this 4th day of January, 2011.

_____
Barbara B. Crabb, District Judge

_____
Peter Oppeneer, Clerk of Court

1/4/11
Date